UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**                                        **DATE OF PROCEEDINGS**

**JUDGE RENÉE MARIE BUMB**                               July 20, 2016

**COURT REPORTER: KAREN FRIEDLANDER**

**Docket #** 16-cv-3586(RMB/KMW)

**TITLE OF CASE:**

CINNAMINSON TOWNSHIP BOARD OF EDUCATION VS. K.L.

**APPEARANCES:**

Eric L. Harrison, Esquire for plaintiff
Catherine Merino Reisman, Esquire and Sarah E. Zuba, Esquire for defendant

**NATURE OF PROCEEDINGS: TELEPHONE CONFERENCE**

Hearing on [4] Motion for a Preliminary Injunction by defendant and converted to a hearing on Injunction.
Decision Reserved.


Time commenced: 3:00 p.m.                    Time Adjourned: 4:25 p.m.

Total 1 Hour 25 Minutes

s/ *Arthur Roney*
DEPUTY CLERK

**cc: Chambers**