[Dkt. Nos. 1, 4, 13]

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**CAMDEN VICINAGE**

| | |
|---|---|
| CINNAMINSON TOWNSHIP BOARD OF EDUCATION, <br><br> Plaintiff, <br><br> v. <br><br> K.L. o/b/o R.L., <br><br> Defendant. | Civil No. 16-3586 (RMB/KMW) <br><br> **ORDER** |

THIS MATTER having coming before the Court upon Plaintiff Cinnaminson Township Board of Education's interlocutory appeal from the June 6, 2016 Order entered by Hon. Joseph Ascione, A.L.J., [Dkt. No. 1], Defendant K.L. on behalf of R.L.'s motion for preliminary injunction, [Dkt. No. 4], and Plaintiff's cross-motion to dismiss Defendant's motion for preliminary injunction and, in the alternative, request for injunction barring enforcement of the June 6, 2016 Order, [Dkt. No. 13]; and the parties having consented to convert all requests for injunctive relief into requests for final injunctive relief; and the Court having reviewed the parties' submissions and arguments before the Court; and for the reasons stated in the Opinion issued on this date,

IT IS HEREBY on this **9th** day of **August 2016**,

**ORDERED** that the June 6, 2016 Order of the Hon. Joseph Ascione, A.L.J., is REVERSED and VACATED; and it is further

**ORDERED** that Plaintiff's cross-motion to dismiss Defendant's counterclaim seeking injunctive relief, [Dkt. No. 13], is GRANTED; and it is further

**ORDERED** that Plaintiff's request for injunctive relief, [Dkt. No. 13], is DENIED; and it is further

**ORDERED** that because this Order resolves all issues raised in Plaintiff's verified complaint and the parties' subsequent filings, this matter is hereby dismissed without prejudice and the Clerk of the Court is directed to close the file.

s/Renée Marie Bumb
RENÉE MARIE BUMB
UNITED STATES DISTRICT JUDGE
